Andrew S. Brignone, Esq., Nevada Bar No. 751
Xanna R. Hardman, Esq., Nevada Bar No. 9579
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>NEW CREATION MASONRY, INC., a Nevada corporation; KALB CONSTRUCTION COMPANY, a Nevada corporation; CHEROKEE CHAINLINK & CONSTRUCTION, INC., a California corporation; and ALL CITIES ENTERPRISES, a California corporation,<br><br>                                    Defendant. | Case No. 2:08-cv-00546-LDG-GWF<br><br><br><br>**ORDER ON APPLICATION FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiffs', the Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust,

20052\228\1393696.1                                                1

Trustees of the Construction Industry and Laborers Vacation Trust, and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), Application for Default Judgment against New Creation Masonry, Inc. ("New Creation"), default being entered against New Creation, and the Court having reviewed the documents on file in the above entitled matter and being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against New Creation in the amount of $648,929.27, representing delinquent contributions, liquidated damages, interest, audit fees, and attorney fees, less amounts previously paid to the Trust Funds for the time period of July, 2003 through September, 2008.

DATED this 30 day of Sept, 2010.

_____
United States District Court Judge

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Xanna Hardman
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiffs

BROWNSTEIN HYATT FARBER SCHRECK
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101