AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Construction Industry and Laborers Health and Welfare Trust et al

Plaintiffs,

V.

New Creation Masonry Inc et al

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-CV-0546 LDG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered against New Creation in the amount of $648,929.27, representing delinquent contributions, liquidated damages, interest, audit fees, and attorney fees, less amounts previously paid to the Trust Funds for the time period of July, 2003 through September, 2008.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

October 4, 2010 Las Vegas NV
DATE