UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Trustees of the Construction Industry and Laborers Health and Welfare Trust, et al

       Plaintiff(s),

vs.

New Creation Masonry, Inc., et al

       Defendant(s).

Case # 2:08-cv-0546-LDG-GWF

**DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the _Amended_ Complaint _August 26, 2008_
(Original, Amended, etc.)      (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants _All Cities Enterprises_

in the above-entitled action is hereby entered.

DATED: March 30, 2011

LANCE S. WILSON, CLERK

By: /s/ Molly Morrison
     Deputy Clerk