Adam P. Segal, Esq., Nevada Bar No. 6120
Aaron B. Fricke, Esq., Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW CREATION MASONRY, INC., a Nevada corporation; KALB CONSTRUCTION COMPANY, a Nevada corporation; CHEROKEE CHAINLINK & CONSTRUCTION, INC., a California corporation; and ALL CITIES ENTERPRISES, a California corporation,<br><br>Defendant. | Case No. 2:08-cv-00546-LDG-GWF<br><br>**ORDER ON MOTION FOR DEFAULT JUDGMENT AGAINST ALL CITIES ENTERPRISES** |

Before the Court is Plaintiffs', the Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust,

BROWNSTEIN HYATT FARBER SCHRECK
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Trustees of the Construction Industry and Laborers Vacation Trust, and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), Motion for Default Judgment against All Cities Enterprises, a California corporation ("All Cities"), default being entered against All Cities, and the Court having reviewed the documents on file in the above entitled matter and being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against All Cities in the amount of $29,004, representing delinquent contributions, liquidated damages, interest, audit fees, and attorney fees for the time period July 1, 2003, through March 31, 2005.

DATED this 20 day of MAY, 2011.

_____
United States District Court Judge

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Aaron B. Fricke
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs