# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEW CREATION MASONRY, INC., et al.,<br><br>    Defendants. | 2:08-cv-0546-LDG-GWF<br><br>**ORDER** |

    The record in this case indicates that defendant New Creation Masonry, Inc., has been terminated by default judgment (#27), defendant Kalb Construction Company has been dismissed by stipulation (#24), and defendant All Cities Enterprises has been terminated by default judgment (#34).

    THE COURT HEREBY ORDERS that no later than November 1, 2011, the remaining parties shall file status reports regarding this litigation.

Dated this 27 day of September, 2011.

                                            _____
                                            Lloyd D. George
                                            United States District Judge